UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH MORALES,

    Plaintiff,

v.                                                Case No:  2:21-cv-71-JLB-MRM

AMERICAN RESIDENTIAL SERVICES, LLC,

    Defendant.

## ORDER

On December 31, 2021, the Magistrate Judge entered an Amended Report and Recommendation ("R&R"), recommending that the parties' Renewed Joint Motion for Approval of Settlement and to Dismiss the Case with Prejudice (Doc. 27) be granted in part and denied in part.  (Doc. 33.)  Neither party has objected and the time to do so has expired.

A district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  In the absence of objections, a district judge is not required to review the factual findings in the report de novo, but legal conclusions are reviewed de novo even without an objection.  Id.; Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record, and noting the lack of any objection, the Court agrees with the well reasoned R&R.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order for all purposes.

2. The parties' Renewed Joint Motion for Approval of Settlement and to Dismiss the Case with Prejudice (Doc. 27) is **GRANTED IN PART** and **DENIED IN PART**.

3. The parties' settlement agreement (Doc. 27-1) is approved as a fair and reasonable resolution of a bona fide dispute regarding Plaintiff's Fair Labor Standards Act claim. The Court declines to retain jurisdiction to enforce the settlement agreement.

4. This action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close the file.

**ORDERED** at Fort Myers, Florida, on January 18, 2022.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE